# EXHIBIT 3

Skip Main Navigation

Menu

The Official Website of the City of New York

Text Size

Select Language

Powered by Google Translate

Search Search  Search

**Secondary Navigation**

MayorBiographyNewsOfficials

# Transcript: Mayor Adams Delivers Remarks At Flag-Raising Ceremony For Israel

April 26, 2023

Watch the video here at https://www.youtube.com/live/2v1tQ5KAt0s?feature=share



Mayor Eric Adams Delivers Remarks at Flag-Raising Cerem…

**Mayor Eric Adams:** There's only one Rabbi Potasnik. And he's right, just a longtime friend and advisor and a person that truly loves this city and the people in this city. And we have been side by side on many occasions when we saw the ugly face of hate expose itself. It didn't matter if it was fighting on behalf of our brothers and sisters from the Muslim community when women were attacked for wearing a hijab. If it's someone that draws a swastika on a building or desecrates a church statue or harms someone because they're from the AAPI community, there's just a consistent understanding that we

must lift each other up. And he represents what's best about us, I say all the time, we're members of the greatest race alive, the human race, and you are truly a representation of that.

We know, and no matter what people say on other parts of the globe or in other cities, we know that New York is the Tel Aviv of America. We have the largest Jewish population outside of Israel right here. And on my two visits there and getting ready to return again, we know what the Israeli people stand for and what they represent across the entire globe. Built into your culture is what you call mitzvah. You believe in giving back. You believe in ensuring that you help your fellow man and women. That is who you are. And so when we stand here and celebrate your anniversary, your independence, your creation, that is also a celebration for those who have touched in many ways.

And we also must reflect on a reminder that the dark and ugly parts of what has impacted your culture and your people. When I was in Kraków and went to the camps, walking through there, seeing the tragedies in horrors that is unspeakable, the number of young people who don't know their great-grandparents and great aunts and great uncles because they lost them during the Holocaust. It must be a reminder that we never can stand by again and watch hate start out as words and turn into action. That is my commitment as the mayor of this city. To say, first, thank you for being part of this great city. In saying that, I am looking forward to raising this flag to show the solidarity that New York City has with the people of Israel.

Let's continue to uplift each other, let's continue to stand for what is right and let's continue to raise the flag in solidarity with Israel. Thank you very much. Thank you, Rabbi.

## Media Contact

pressoffice@cityhall.nyc.gov
(212) 788-2958