# EXHIBIT 4

7/28/25, 2:50 PM    Kaz Daughtry on X: "#HAPPENINGNOW: An incredible scene and proud moment as we have assisted @CityCollegeNY in restoring order on ca…

Case 1:25-cv-06245-JRC    Document 1-4    Filed 07/29/25    Page 2 of 2



Post

Kaz Daughtry
@kazdaughtry

#HAPPENINGNOW: An incredible scene and proud moment as we have assisted @CityCollegeNY in restoring order on campus, culminating in raising Old Glory once again on their campus flagpole. 🇺🇸

@NYPDPC
@NYPD1stDep
@NYPDChiefOfDept
@NYPDChiefPatrol
@NYPDnews



Last edited 12:39 AM · May 1, 2024 · **3M** Views

3.1K    3.9K    19K    669

Read 3.1K replies

**New to X?**
Sign up now to get your own personalized timeline!



Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
More···    © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up