# EXHIBIT 5



## Summer at Candlelight Concerts

Tributes to Vivaldi, ABBA, Queen, Hans Zimmer or Coldplay, now outdo
Candlelight

Candlelight



THE JEWISH VOICE

BREAKING NEWS   EDUCATION   NEW YORK NEWS

## Jewish Voice Exclusive: List of Columbia Protesters & Agitators Exposed

By *TJV news*    *05/04/2024*



Case 1:25-cv-06245-JPC    Document 1-5    Filed 07/29/25    Page 3 of 51



_____ *a student at Columbia's School of Social Work, was suspended after the "Resistance 101" event but has remained defiantly on campus, continuing to take part in the protests. Credit: twitter @itsaidanbitch*

**Jewish Voice Exclusive: List of Columbia Protesters & Agitators Exposed**

Controversy Swirls Around  External  Agitators Arrested at Columbia & CCNY After Campus Occupation

**Edited by: TJVNews.com**

In the wake of a significant police operation to clear pro-Hamas protesters from Hamilton Hall at Columbia University earlier this week, new details have emerged regarding the identities of those



Case 1:25-cv-06245-JPC          Document 1-5          Filed 07/29/25          Page 4 of 51

The operation, which resulted in the arrest of 112 individuals, was initiated after it became evident that a significant number of participants were not students or faculty. As was reported by The New York Jewish Week on Thursday, the NYPD's initial analysis indicated that 80 of those arrested were associated with Columbia, while the remaining 32 had no official ties to the institution. This distinction has become a critical point in discussions surrounding the protest, with New York City Mayor Eric Adams citing the involvement of "outside agitators" as a key justification for the police intervention.

The protesters arrested ranged widely in age, from 18 to 64, illustrating the diverse appeal of the cause beyond typical college-aged individuals. It was also reported that they face several charges, including burglary, criminal mischief, resisting arrest, trespassing, and disorderly conduct.

The pattern of non-student involvement in university protests is not unique to Columbia. At the City College of New York, out of 102 protesters arrested, 68 were not students, accounting for approximately 60% of those detained, as was highlighted in the New York Jewish Week report.

The Jewish News Syndicate reported that less than half of the pro-Hamas protesters arrested at New York University last week after refusing to vacate the campus were members of the academic institution, the university said on Wednesday. Of the 133 protesters arrested on April 22 at Gould Plaza on campus, 65 were students, faculty or other employees of NYU which is located in Greenwich Village.

Below, please find a complete list of those arrested this past Tuesday at both Columbia University and the City College of New York. Included here are their addresses, ages and the charges against them.

On Tuesday, April 30, 2024, police responded to demonstrations at Columbia University and City College of New York.  282 individuals were taken into custody.  192 individuals were released with summonses.

On Tuesday, April 30, 2024, police responded to a demonstration at West 116 Street and Broadway (Columbia University):

The following individuals were arrested and charged:

███████████████████

64-year-old male

██████████████

████████████

███████



22-year-old male



Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Criminal Trespass

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Criminal Trespass

Case 1:25-cv-06245-JPC    Document 1-5    Filed 07/29/25    Page 6 of 51

West Haven, CT

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Criminal Trespass

███████

█████████████

█████████████

██████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Criminal Trespass

██████████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Criminal Solicitation

Criminal Trespass



AP

████████████

███████████

█████████████████

███████████

Charges:



Obstructing Governmental Administration

Conspiracy

Criminal Trespass



Case 1:25-cv-06245-JPC    Document 1-5    Filed 07/29/25    Page 9 of 51





Criminal Mischief

Reckless Endangerment

██████████

████████████

██████████

██████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Criminal Trespass

██████████

████████████

██████████

██████████

Charges:

Burglary

Criminal Mischief



Charges:

Burglary

Reckless Endangerment

Criminal Mischief

**(TJVNews.com)**

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

███████

████████

█████████

██████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy



Charges:

Burglary

Reckless Endangerment

Criminal Mischief







Charges:



Conspiracy

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

████████████

█████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

████████

████████████

██████████████

█████████

Charges:

Burglary

Criminal Mischief 2

Reckless Endangerment

Criminal Mischief Intent to Damage Property

Conspiracy

█████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

(TJVNews.com)

████████████

█████████████

████████████████████

██████████████████

Charges:

Criminal Mischief Intent to Damage Property

Conspiracy

██████████

█████████████████

██████████████

████████████

Charges:

Burglary

Criminal Mischief

Criminal Trespass

██████████

█████████████████

██████████████████████

████████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Brooklyn, NY

Charges:

Burglary

Criminal Mischief 2

Reckless Endangerment



New York, NY

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

Brooklyn, NY

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy



Charges:

Burglary

Criminal Mischief 2

Reckless Endangerment

Criminal Mischief Intent to Damage Property

Conspiracy



Criminal Mischief

Reckless Endangerment

Hate Crime Trespass

Conspiracy

████████████

███████████

████████████

████████

Charges:

Burglary

Criminal Mischief 2

Criminal Mischief Intent to Damage Property

Conspiracy

████████

███████████

█████████████

███████████

Charges:

Burglary

(TJVNews.com)

██████

████████

██████████

██████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

████████

██████████

█████████

████████

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

(TJVNews.com)

Fresno, CA

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy



*AP*

Charges:

Criminal Mischief Intent to Damage Property

Conspiracy

██████████████

████████████

██████████████

████████████

Charges:

Hate Crime Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy


████████████████

████████████

████████████

████████████

Charges:

Obstruction of Governmental Administration

New York, NY

Charges:

Burglary

Reckless Endangerment

Criminal Mischief

Conspiracy

████████████

████████████

████████

████████

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy

████████████

████████████

████████

████████

Criminal Mischief

Reckless Endangerment

Conspiracy

(TJVNews.com)

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy

https://tjvnews.com/news/breaking-news/jewish-voice-exclusive-list-of-columbia-protesters-agitators-exposed/



████████

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy

████████████

███████████

██████████

██████████

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy

█████████

████████████

████████████

██████████

Reckless Endangerment

Criminal Mischief

Conspiracy

(TJVNews.com)

███████

███████████

████████████

█████████████

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Conspiracy





Criminal Mischief

Reckless Endangerment

Criminal Mischief

Conspiracy







West Islip, NY

Charges:

Burglary

Criminal Mischief

Reckless Endangerment

Criminal Mischief

Conspiracy

Charges:

Burglary

Resisting Arrest

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Criminal Trespass

(TJVNews.com)

On Tuesday, April 30, 2024, police responded to a demonstration at 160 Convent Avenue (City College of New York):

The following individuals were arrested and charged by NYPD:

██████████

██████████████

███████████████

████████████

Charges:

Obstruct Governmental Administration

Disorderly Conduct Fight/Violent Behavior

Queens, NY

Charges:

Resisting Arrest

Obstruction of Governmental Administration

Disorderly Conduct

███████████████████

████████

█████████

███████████

Charges:

Obstruction of Governmental Administration

Disorderly Conduct

████████████

████████

█████████████

██████████████

Charges:

Resisting Arrest

Obstruct Governmental Administration

Charges:

Resisting Arrest

Obstruct Governmental Administration

Disorderly Conduct Refusing to Move On

Pedestrian Fld to Use Sidewalk (VTL 1156 OA)

Charges:

Assault Felony

Resisting Arrest

Obstructing Governmental Administration

Disorderly Conduct Refusing to Move On

Pedestrian FLD to use Sidewalk VTL 1156 OA

(TJVNews.com)

Charges:

Assault Felony

Obstructing Governmental Administration

Assault 3

Disorderly Conduct Fight/Violent Behavior

Harassment Physical Contact

██████████

██████████

██████████

█████████

Charges:

Obstruction of Governmental Administration

Assault

Disorderly Conduct

Harassment

███████████

██████████

███████████

█████████

Disorderly Conduct

████████████████

██████████████

███████████████

█████████

Charges:

Obstruction of Governmental Administration

Failure to Use Sidewalk

██████████████

██████████████

█████████████

█████████

Charges:

Resisting Arrest

███████████

███████████████

████████████

████████████

Charges:

Grand Larceny



Criminal Possession of Stolen Property

(TJVNews.com)



▇▇▇▇▇▇

▇▇▇▇

Resisting Arrest

Obstruction of Governmental Administration

Disorderly Conduct

▇▇▇▇▇▇

▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇

▇▇▇▇▇

Charges:

Assault

Resisting Arrest

Obstruction of Governmental Administration

Disorderly Conduct

Harassment

▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇

▇▇▇▇▇

Obstruction of Governmental Administration

███████████

███████████

█████████████

███████

Charges:

Assault

Resisting Arrest

Obstruction of Governmental Administration

Disorderly Conduct

Harassment

██████████████

███████████

██████████████

██████████

Charge:

Obstruction of Governmental Administration

███████████

███████████

Resisting Arrest

Obstruction of Governmental Administration

Disorderly Conduct

(TJVNews.com)

██████████████

████████████

██████████████

████████████

Charges:

2x Assault Felony

Resisting Arrest

Obstructing Governmental Administration

Criminal Mischief

Disorderly Conduct Refusing to Move On

Pedestrian Fld To use Sidewalk

███████████████████

████████████

Criminal Mischief

The following individuals were arrested and charged by CUNY Public Safety Department:



Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Trespass



Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration



Criminal Trespass

███████████

████████████

███████████████████

█████████

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Trespass

██████████████████

████████████

██████████████

███████████

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration



Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Criminal Trespass

(TJVNews.com)

**Thompson, Marvin**

29-year-old male

66-23 Austin Street

Queens, NY

Charges:

Burglary

Reckless Endangerment



Criminal Trespass

████████

████████████

██████████████

██████████

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Criminal Trespass

████████████

████████████████

██████████

██████████

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

▬▬▬▬▬

▬▬▬▬▬▬

▬▬▬▬▬▬▬

▬▬▬▬

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

Criminal Mischief

Conspiracy

Criminal Trespass

**Bellusci, Sara**

25-year-old female

202 East 110 Street

New York, NY

Charges:

Burglary

Reckless Endangerment

Obstruction of Governmental Administration

███████████

██████████████

████████████████

████████

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

██████████████████

██████████████

████████████████

████████

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

██████████

████████████

█████████████

████████

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Criminal Trespass

(TJVNews.com)

████████

█████████████

█████████████

████████

Charges:

Burglary

Reckless Endangerment

Criminal Trespass

██████████

████████████

██████████████

██████████

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

██████████████

██████████████

████████████

██████████

Charges:

Burglary

Conspiracy

Criminal Trespass

████████████████

████████████

██████████████

██████████

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

████████████

██████████████

██████████████

█████████

Charges:

Conspiracy

Criminal Trespass

**Chou, Patricia**

33-year-old female

70-03 Woodside Avenue

Queens, NY

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

Queens, NY

Charges:

Burglary

Criminal Trespass

███████████

█████████████

██████████████

New York, NY

Charges:

Burglary

Reckless Endangerment

Obstruct Governmental Administration

Criminal Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

████████████

█████████████

██████████████

New York, NY

Charges:



l Mischief: Intent to Damage Property

Conspiracy

Criminal Trespass

(TJVNews.com)

On Wednesday, May 1, 2024, police responded to a demonstration at West 60 Street and Columbus Avenue (Fordham University):

15 individuals were taken into custody and released with summonses.

