UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :

JOSSELYN ATAHUALPA, *et al.*,              :

                                 Plaintiffs,          :

                        -v-                          :          25 Civ. 6245 (JPC)

CITY OF NEW YORK, *et al.*,                :          <u>ORDER</u>

                                Defendants.       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Complaint in this action was filed on July 29, 2025.  Dkt. 1.  Defendant Katrina Harris has not appeared in this action, and the docket does not reflect whether she has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

       Plaintiffs are ordered to file a status letter by November 4, 2025, describing (1) whether service of the Summons and Complaint has been made on Defendant Harris, and if not, (2) why good cause exists to excuse Plaintiffs' failure to serve Defendant Harris within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  The Court reminds Plaintiffs that "[t]o establish good case a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

       Plaintiffs must file this letter even if service of the Summons and Complaint is or has already

been made on Defendant.  If Defendant has been served, Plaintiffs must also file proof of service on the docket no later than November 4, 2025.  If no such letter is filed, the Court may dismiss the case for failure to prosecute.

    SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                        JOHN P. CRONAN
                                   United States District Judge