UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
JOSSELYN ATAHUALPA, *et al.*,                             :
                                                          :
                              Plaintiffs,                 :
                                                          :
            -v-                                           :            25 Civ. 6245 (JPC)
                                                          :
CITY OF NEW YORK, *et al.*,                               :            ORDER
                                                          :
                              Defendants.                 :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for all parties are ordered to appear before the undersigned for a conference on

February 11, 2026, at 3:00 p.m., to discuss the CUNY Public Safety Defendants' premotion letter,

Dkt. 62, and the discovery schedule in this case.  Defendant Katrina Harris's deadline to respond

to the Complaint is extended *sine die* so that the Court may set a joint briefing schedule at the

conference.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S.

Courthouse, 500 Pearl Street, New York, New York 10007.

       No later than February 4, 2026, the parties should submit a joint letter updating the discovery

deadlines listed in the proposed case management plan submitted on November 24, 2025.  *See* Dkt.

41-1.  By the same date, Plaintiffs should submit a letter explaining (1) why the New York State

and New York City Human Rights Laws apply to non-students who may be discriminated against

at a public school; (2) which allegations in the Amended Complaint show that Defendant Irving

Rivera knew that Plaintiffs' handcuffs were overly tight; and (3) which allegations in the Amended

Complaint show that the CUNY Public Safety Defendants had the "power to prevent or aid in

preventing the commission" of the alleged conspiracy, *see* 42 U.S.C. § 1986.

SO ORDERED.

Dated: January 27, 2026
      New York, New York

                                              JOHN P. CRONAN
                                  United States District Judge