UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                        :

JOSSELYN ATAHUALPA, *et al.*,          :

                Plaintiffs,    :

        -v-            :         25 Civ. 6245 (JPC)

CITY OF NEW YORK, *et al.*,       :         ORDER

              Defendants.   :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiffs and Defendants have reached a settlement in principle in this case. Accordingly, it is ordered that Plaintiffs' claims are dismissed without costs and without prejudice to renewing the claims, provided the application is made within sixty days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after sixty days from the date of this Order may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. The Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: May 11, 2026
      New York, New York                    JOHN P. CRONAN
                                        United States District Judge